Mike Arias CSB 115385
Sahar Malek CSB 283863
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
Email: Mike@aswtlawyers.com
Email: Sahar@aswtlawyers.com

Ben Perlmutter CSB 313968
**PERLMUTTER POURSHALIMI**
424 South Beverly Drive
Beverly Hills, California 90212
Telephone: (310) 295-2236
Facsimile: (310) 295-2238
Email: Ben@pandpfirm.com

Attorneys for Plaintiff
**SYDNEY KEDERIS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **SYDNEY KEDERIS, an individual;**<br><br>Plaintiff,<br><br>vs.<br><br>**CAREMARKPCS PENNSYLVANIA MAIL PHARMACY, L.L.C.; and DOES 1 through 100, inclusive,**<br><br>Defendants. | Case No.: 2:21-cv-05154-MCS-GJS<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Hon. Mark C. Scarsi |

**NOTICE OF SETTLEMENT**

1  PLEASE TAKE NOTICE the parties have reached a settlement which
2  resolves this action in its entirety. The parties respectfully request a 60-day stay
3  of proceedings in order to finalize the terms of the settlement and thereafter
4  anticipate filing a stipulation dismissing the action with prejudice pursuant to
5  Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 7, 2023     **ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

_Sahar M._
MIKE ARIAS, ESQ.
SAHAR MALEK, ESQ.
Attorneys for Plaintiff, Sydney Kederis

Dated: August 7, 2023     LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

_/s/ Merna Abdelmalak_
MARISSA A. WARREN, ESQ.
MERNA R. ABDELMALAK, ESQ.
Attorneys for Defendant,
CAREMARKPCS PENNSYLVANIA MAIL PHARMACY, L.L.C.

# PROOF OF SERVICE

**RE:** <u>*Kederis v CaremarkPCS*</u>
**C.D. Cal. (Western Division)**
**Case No.: 2:21-cv-05154-MCS-GJS**

I am employed in the State of California, County of Los Angeles. I am over the age of eighteen and am not a party to the within action; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045. My electronic service address is Danielle@aswtlawyers.com.

On August 7, 2023, I served the foregoing documents described as: **NOTICE OF SETTLEMENT** on the interested parties in this action by transmitting [ ] the original [✓] a true copy thereof as follows:

Merna Abdelmalak, Esq.
Marissa Warren, Esq.
**LA FOLLETTE, JOHNSON,**
**DeHAAS, FESLER &AMES**
2677 North Main Street, Suite 901
Santa Ana, CA 92705
Email: mabdelmalak@ljdfa.com
Email: mwarren@ljdfa.com
Attorneys for Defendant

[✓] **ONLY BY ELECTRONIC TRANSMISSION:** By emailing the document(s) to the persons at the email addresses listed herein, pursuant to California Code of Civil Procedure section 1010.6(e)(1), after having previously confirmed these email addresses by email pursuant to California Code of Civil Procedure section 1010.6(e)(1). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2023 at Los Angeles, California.

| Danielle Dionora | /s/ Danielle Dionora |
|---|---|
| Type or Print Name | Signature |